UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  REED, DAWN NICOLE
  Debtor(s)

CASE NO. 09-25546 JPK

## NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        December 3, 2010        By: /s/ Stacia L. Yoon
                                      STACIA L. YOON, TRUSTEE #16933-53
                                      Genetos Retson & Yoon LLP
                                      8585 Broadway, Suite 480
                                      Merrillville, IN 46410
                                      Telephone: (219) 755-0401
                                      bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Laura R.  Rochet, lrr@geracilaw.com
Regular Mail:
REED, DAWN NICOLE, 256 TAFT PLACE, GARY, IN 46404
American Infosource Lp as Agent for WFNNB/Laredo, P.O. Box 248872, Oklahoma City, OK 73124

Printed:  12/02/10 10:53 AM

# Claims Distribution Small Checks

**Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)**

Page:  1

**Case:**  09-25546  -  REED, DAWN NICOLE

| Account No. | Check No. | Issued | | | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | | | | | |
| 92002422094366 | 117 | 12/02/10 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $4.33 |
| | | 4 | 03/22/10 | 610 | American Infosource Lp As Agent for | 103.63 | 103.63 | 4.33 | 4.33 |
| | | | | | WFNNB/Laredo | | | | |
| | | | | | PO Box 248872 | | | | |
| | | | | | Oklahoma City, OK 73124-8872 | | | | |

(*) Denotes objection to Amount Filed